FELICE JOHN VITI, Acting United States Attorney (#7007)
BRYAN WHITTAKER, Assistant United States Attorney (#16764)
JONATHAN STOWERS, Assistant United States Attorney (#16374)
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

TANYA SENANAYAKE, Trial Attorney (DC#1006218)
Counterterrorism Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-0849

Attorneys for the United States of America

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00346 DBP |
| Plaintiff, | |
| vs. | **MOTION TO UNSEAL CRIMINAL CASE** |
| MARCEL MALU MALANGA, et. al. | |
| Defendants. | Judge Dustin B. Pead |

The United States respectfully moves the Court, pursuant to DUCrimR 49-2(a), to issue an Order unsealing this criminal case, except that the unredacted felony complaint and the government's motion to seal the felony complaint should remain under seal. The United States requests that the Court supplant the record with the redacted version of the felony complaint provided to the Court previously.

The defendants in this case are now in U.S. custody. Therefore, it is the position of the United States that this criminal case needs no longer be sealed or otherwise protected, and thus

appropriately should be disclosed and made part of the public record except for the unredacted

felony complaint and the government's motion to seal the felony complaint. The United States

has prepared and provided a redacted version of the felony complaint that the government

submits should be made part of the public record.

Therefore, the United States requests that this Court issue an order unsealing this criminal

case and directing the Clerk of the Court to make public the redacted felony complaint.

DATED this 9th day of April 2025.

Respectfully submitted,

FELICE JOHN VITI
Acting United States Attorney

JONATHAN STOWERS
Assistant United States Attorney